IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAY VERNON MOSS,

    Plaintiff,

vs.                                                       CASE NO.: 3:08cv351/MCR/AK

T. GRADIA,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation. The Plaintiff previously has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a <u>de</u> <u>novo</u> determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

3. The Complaint (doc. 12) is DISMISSED with prejudice and judgment shall be entered accordingly.

**DONE AND ORDERED** this 21st day of January, 2010.

                                                               s/ *M. Casey Rodgers*
                                                               **M. CASEY RODGERS**
                                                               **UNITED STATES DISTRICT JUDGE**